IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Ann P. Corley, | ) | C/A No. 3:14-4529-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| South Carolina State Accident Fund, | ) | |
| formerly known as South Carolina Second | ) | |
| Injury Fund, | ) | |
| | ) | |
| Defendant. | ) | |

_____

This action was filed in Court of Common Pleas of Richland County, South Carolina, on October 28, 2014, and Defendant removed it to this court on November 26, 2014. [ECF No. 1]. Pursuant to the scheduling order entered on January 22, 2015, discovery was to be completed by August 19, 2015, with dispositive motions, if any, to be filed by no later than September 3, 2015. [ECF No. 13]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

September 10, 2015                    Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge